## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Civil Ser. Comm. v. Cheney ..................... 19738

Mason v. Tremayne ............................ 19712

Moorehead v. Cheney ......................... 19726

Ramsey et v. P. U. C......................... 19757

Rudy v. Lakeside Hospital ..................... 19458

Realty Hold. Inc. v. State ex Bell............... 20086

South. Ohio Pub. Ser. Co. v. P. U. C........... 19800

Trumbull Sav. & Loan Co. v. Saviers .......... 19803

### MOTION DOCKET

Baker v. Pennsylvania Co. ..................... 20003

Beeler v. Ponting ............................ 20012

Buckeye Loan Co. v. Ryan ..................... 20118

Cleveland Ry. Co. v. Hunt ..................... 19987

Daub et v. Fletchner et ....................... 19973

Goodman v. Gerstle ........................... 19955

Halle Bros. Co. et v. Carlin Co.................. 20106

King et v. Van Pelt, Excr..................... 19970

Motor Finance Co. v. Huntsberger .............. 20044

Neikirk, extr. v. Republic Bk. Co.............. 19925

Pierce v. Cleve. Ice Cream Co.................. 19917

Realty Hold. Co. v. State ex Bell .............. 20086

State ex Crabbe v. Thistledown Co.............. 20005

Timen v. Cleveland (City) et ................... 19986

Wallingford Coal Co. v. Buckeye Sup. Co........ 20142

### PROCEEDINGS

### OHIO SUPREME COURT

### TUESDAY, DEC. 7, 1926

### GENERAL DOCKET

19458—Alda Rudy v. Lakeside Hospital. Cuyahoga Court of Appeals. Judgment affirmed. Dock. 12-7-25, 3 Abs. 762; OA. 3 Abs. 748.

19712—Harris E. Mason v. E. C. Tremayne. Cuyahoga Court of Appeals. Judgment afirmed. Dock. 3-25-26, 4 Abs. 223.

19726—Ostin J. Moorehead v. John A. Cheney. Hancock Court of Appeals. Dismissed for want of prosecution. Dock. 3-29-26, 4 Abs. 223.

19738—Civil service commission v. John A. Cheney. Hancock Court of Appeals. Dismissed for want of prosecution. Dock. 4-2-26, 4 Abs. 238.

19757—H. Harold Ramsey et al v. Public Utilities Commission. Public Utilities Commission. Order affirmed. Dock. 4-8-26, 4 Abs. 255; OS. Pend. 4 Abs. 589.

19800—Southern Ohio Public Service Company v. Public Utilities Commission. Public Utilities Commission. Order affirmed. Dock. 5-1-26, 4 Abs. 302.

19803—Trumbull Savings and Loan Company v. George S. Saviers et al. Trumbull Court of Appeals. Judgment affirmed. Dock. 5-3-26, 4 Abs. 302. ,

20086—Realty Holding Inc. v. State ex rel. Charles S. Bell. Hamilton Court of Appeals. Petition in error filed as of right dismissed, no final order in court of appeals. Dock. 9-4-26, 4 Abs. 623; OS. Pend. 4 Abs. 756.

### MOTION DOCKET

19917—Perry M. Pierce v. Cleveland Ice Cream Company. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-23-26, 4 Abs. 404; OS. Pend. 4 Abs. 588.

19925—Lester J. Neikirk, extr. v. Republic Banking Company et al. Motion to dispense with printing record. Allowed. Dock. 6-24-26, 4 Abs. 475; OS. Pend. 4 Abs. 588.

19955—Alma C. Goodman v. Roy A. Gerstle. Motion for Trumbull Appeals to certify. Overruled. Dock. 7-6-26, 4 Abs. 476; OS. Pend. 4 Abs. 619.

19970—Frank L. King, et al v. Bert Van Pelt extr. Motion for Highland Appeals to certify. Overruled. Dock. 7-13-26, 4 Abs. 493; OS. Pend. 4 Abs. 651.

19973—Philip H. Daub et al v. August Fletchtner et al. Motion for Sandusky Appeals to certify. Overruled. Dock. 7-13-26, 4 Abs. 493; OS. Pend. 4 Abs. 653.

19986—Jack A. Timen v. City of Cleveland et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-16-26, 4 Abs. 493; OS. Pend. 4 Abs. 638.

19987—Cleveland Ry. Company v. Ellen Hunt. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 7-16-26, 4 Abs. 493; OS. Pend. 4 Abs. 667.

19987—Cleveland Ry. Company v. Ellen Hunt. Amended and supplemental motion for an order directing the court of appeals of Cuyahoga county to certify. Allowed. Dock. 7-16-26, 4 Abs. 493; OS. Pend. 4 Abs. 667.

19987—Cleveland Ry Company v. Ellen Hunt. Motion by defendant to strike amended and supplemental motion of plaintiff to certify record from files. Overruled. Dock. 7-16-26, 4 Abs. 493; OS. Pend. 4 Abs. 667.

20003—Oleva Ann Baker v. Pennsylvania Company. Motion for Seneca Appeals to certify. Overruled. Dock. 7-24-26, 4 Abs. 510; OS. Pend. 4 Abs. 706.

20005—State ex rel. C. C. Crabbe v. Thistledown Company et al. Motion to strike amendment to petition from file. Overruled by tie vote, one judge not participating. Dock. 7-24-26, 4 Abs. 511; OS. Pend. 4 Abs. 96.

20005—State ex rel. C. C. Crabbe v. Thistledown Company et al. Motion to dissolve restraining order. Overruled by tie vote, one judge not participating. Dock. 7-24-26, 4 Abs. 511; OS. Pend. 4 Abs. .96.

20012—Rudolph Beeler v. Harry C. Ponting. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 7-27-26, 4 Abs. 525; OS. Pend. 4 Abs. 720.

(Continued on Page 823)